UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 9:26-cv-00877

**Ronal Joel Sanchez Ordonez,**
*Petitioner,*
v.
**Warden, IAH Adult Detention Facility,**
*Respondent.*

## ORDER

Before the court is a petition for a writ of habeas corpus. Doc. 1. Petitioner is a citizen of Honduras who entered the United States without inspection. Doc. 4-1 at 8. Petitioner challenges his immigration detention on the grounds that he has had no opportunity to challenge before a neutral decisionmaker whether his continued detention is necessary. Doc. 1 at 6–9. The court issued an order to show cause, as the petition lacked sufficient factual detail to establish the circumstances of petitioner's detention. Doc. 3. The United States responded as amicus for respondent. Doc. 4.

The government's response establishes that petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2), as his immigration proceedings are currently on appeal. Doc. 4 at 2; Doc. 4-1 at 10. Accordingly, petitioner's due process claim is squarely foreclosed by recent Fifth Circuit precedent. *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188, at *14 (5th Cir. Oct. 23, 2026) (en banc) (holding that mandatory detention under § 1225(b)(2)(A) does not violate the detainee's Fifth Amendment right to due process). Accordingly, the writ is denied.

*So ordered by the court on November 19, 2026.*

J. CAMPBELL BARKER
United States District Judge